**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2318**

---

T. CARLTON RICHARDSON,

Plaintiff - Appellant,

versus

COURT OF APPEALS OF MARYLAND; ROBERT M. BELL,
Chief Judge; JOHN C. ELDRIDGE, Judge; LAWRENCE
F. RODOWSKY, Judge; IRMA S. RAKER, Judge; ALAN
M. WILNER, Judge; DALE R. CATHELL, Judge;
GLENN T. HARRELL, Judge, individually, and in
their representative or regulatory capacities
as their interests and liabilities may appear,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
00-2577-S)

---

Submitted: April 17, 2001          Decided: April 27, 2001

---

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

T. Carlton Richardson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

T. Carlton Richardson appeals the district court's orders dismissing his complaint, denying his motion for reconsideration, and denying his motion to vacate the court's previous orders.  We have reviewed the record and the district court's opinions and orders and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Richardson v. Court of Appeals</u>, No. CA-00-2577-S (D. Md. Sept. 5, 2000; filed Sept. 11, 2000, entered Sept. 12, 2000; and Sept. 26, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2